# MANDATE

S.D.N.Y.
07-cv-7538
Wood, C.J.

## United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in the City of New York, on the 27th day of February, two thousand eight,

Present:
    Hon. Richard J. Cardamone,
    Hon. Sonia Sotomayor,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

Charles Reed,

    *Plaintiff-Appellant,*

    v.                                                 07-4562-cv

Loteria Del Rosario Romano,

    *Defendant-Appellee.*

---

Appellant, *pro se*, moves to proceed *in forma pauperis*. Upon due consideration, it is hereby
ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable
basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. I.N.S.*, 45 F.3d 14,
17 (2d Cir. 1995); 28 U.S.C. § 1915(e).

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk

B 2 7 2008                        By: _____

SAO-MML

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
        DEPUTY CLERK

ISSUED AS MANDATE:          MAY 0 8 2008

UNITED STATES COURT OF APPEALS
FILED
FEB 2 7 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT